IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                           : CHAPTER 13

KIMBERLY K. WILLIAMS                              : 19-11953elf

## AMENDED CERTIFICATE OF SERVICE

I, Carol B. McCullough, Esquire, do hereby certify that she did make service of the Debtor's Motion to Modify Her Chapter 13 Plan dated March 7, 2022 to all interested parties on this 7th day of March, 2022 by first class mail, postage prepaid.

Borough of Lansdale
1 Vine Street
Landale, PA  19446

Pa Department of Revenue
Bankruptcy Division
P.O. box 280946
Harrisburg, PA 17128-0946

Kenneth West, Trustee
P.O. Box 40837
Philadelphia, PA 19107
By ECF

*/s/ Carol B. McCullough*