Certificate Number: 15317-PAE-DE-036435561

Bankruptcy Case Number: 19-11953



15317-PAE-DE-036435561

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 29, 2022</u>, at <u>2:04</u> o'clock <u>PM PDT</u>, <u>Kimberly K Williams</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 29, 2022</u>                       By:    <u>/s/Jennieca Laud</u>

                                              Name:  <u>Jennieca Laud</u>

                                              Title:  <u>Credit Counselor</u>