United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kimberly K. Williams  
    Debtor

Case No. 19-11953-elf  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 29, 2022 | Form ID: 138OBJ | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kimberly K. Williams, 200 S. Line Street, unit 147, Lansdale, PA 19446-8519 |
| 14302542 | | Alltran Education, PO Box OX5008, Woodridge, IL 60517 |
| 14302543 | + | Borough of Lansdale, 1 Vine St, Lansdale, PA 19446-3670 |
| 14302547 | | Credibly, c/o retail capital, llc, 380 Stevens Ave Ste 311, Solana Beach, CA 92075-2069 |
| 14302548 | | Ever-Clear Pool Service, 83 Stony Brook Cir, Telford, PA 18969-1869 |
| 14399840 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14555085 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14314588 | + | FTP Silk Factory Lofts, LP, C/O Cohen Marraccini, LLC, 660 2nd Street Pike, Southampton, PA 18966-3995 |
| 14375754 | + | Freedom Mortgage Corporation, c/o Thomas Song, Esq., Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Blvd, Suite 1400, Philadelphia, PA 19103-1814 |
| 14555353 | + | Freedom Mortgage Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14375103 | | Freedom Mortgage corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14302549 | | Freedom mortgage, PO Box 89486, Cleveland, OH 44101-6486 |
| 14314587 | + | Jenel Marraccini, 660 2ND STREET PIKE, SOUTHAMPTON, PA 18966-3995 |
| 14302550 | ++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270 address filed with court:, laboratory corporation of america, PO Box 2240, Burlington, NC 27216-2240 |
| 14302551 | | Lansdale Hospital, PO Box 8484, Cherry Hill, NJ 08002-0484 |
| 14302552 | | Linebarger Goggin Blair & Sampson, LLP, Attorney's at Law, PO Box 90128, Harrisburg, PA 17109-0128 |
| 14302554 | + | MBF Leasing, 525 Washington Blvd Fl 15, Jersey City, NJ 07310-2603 |
| 14348347 | + | MBF Leasing Inc, 525 Washington Blvd 15th, Jersey City, NJ 07310-2603 |
| 14326622 | + | McCullough Eisenberg, LLC., 65 West Street Road, Suite A-204, Warminster Pa 18974-3229 |
| 14327877 | + | Nelnet on behalf of ASA, American Student Assistance, PO Box 16129, St. Paul, MN 55116-0129 |
| 14302557 | | Republic Services #320, PO Box 9001099, Louisville, KY 40290-1099 |
| 14302563 | | SKO Brenner American Inc, 40 Daniel St, Farmingdale, NY 11735-1308 |
| 14302560 | | Santander Bank, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14308052 | | Santander Bank, N.A., PO Box 847051, Boston, MA 02284-7051 |
| 14323186 | + | Santander Consumer USA, Inc., c/o William E. Craig, Esq., Morton & Craig, LLC, 110 Marter Ave, Suite 301, Moorestown, NJ 08057-3125 |
| 14302562 | | Silk Factory Lofts, 200 S Line St, Lansdale, PA 19446-8510 |
| 14302566 | | Tony Lu, 713 Norristown Rd, Horsham, PA 19044-1107 |
| 14302540 | | abington emergency Phys Ass, PO Box 536146, Pittsburgh, PA 15253-5903 |
| 14302541 | | abington emergency physician associates, 56 W Main St Ste 305, Newark, DE 19702-1503 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 29 2022 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 29 2022 23:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14332226 | Email/PDF: bncnotices@becket-lee.com | Apr 29 2022 23:54:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14302544 | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 29 2022 23:47:00 | CCS, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 14311438 | + Email/Text: documentfiling@lciinc.com | Apr 29 2022 23:47:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14320191 | + Email/PDF: ebn_ais@aisinfo.com | Apr 29 2022 23:54:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14314046 | + Email/Text: RASEBN@raslg.com | Apr 29 2022 23:47:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14302546 | Email/Text: documentfiling@lciinc.com | Apr 29 2022 23:47:00 | Comcast, PO Box 3001, Southeastern, PA 19398-3001 |
| 14302553 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 29 2022 23:54:16 | Macy's American Express Account, PO Box 183084, Columbus, OH 43218-3084 |
| 14377015 | Email/Text: ECMCBKNotices@ecmc.org | Apr 29 2022 23:47:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14399840 | + Email/Text: Bankruptcy@Freedommortgage.com | Apr 29 2022 23:47:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14302545 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 29 2022 23:54:09 | Chase, PO Box 15153, Wilmington, DE 19866 |
| 14302550 | Email/Text: govtaudits@labcorp.com | Apr 29 2022 23:47:00 | laboratory corporation of america, PO Box 2240, Burlington, NC 27216-2240 |
| 14307067 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 29 2022 23:54:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14302555 | Email/Text: electronicbkydocs@nelnet.net | Apr 29 2022 23:47:00 | Nelnet, PO Box 2970, Omaha, NE 68103-2970 |
| 14339080 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 29 2022 23:54:06 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14304693 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 29 2022 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14307330 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 29 2022 23:47:00 | SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-0244 |
| 14302558 | Email/Text: DeftBkr@santander.us | Apr 29 2022 23:47:00 | Santander Bank, PO Box 12707, Reading, PA 19612-2707 |
| 14302559 | Email/Text: enotifications@santanderconsumerusa.com | Apr 29 2022 23:47:00 | Santander Bank, PO Box 105255, Atlanta, GA 30348-5255 |
| 14302561 | Email/Text: enotifications@santanderconsumerusa.com | Apr 29 2022 23:47:00 | Santander Consumer USA, PO Box 961275, Fort Worth, TX 76161-0275 |
| 14299221 | + Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:54:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14298988 | + Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:54:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14302564 | Email/PDF: gecsedi@recoverycorp.com | Apr 29 2022 23:54:14 | Synchrony Bank/ toys r us, PO Box 965064, Orlando, FL 32896-5064 |
| 14306087 | + Email/PDF: ebn_ais@aisinfo.com | Apr 29 2022 23:54:06 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, |

| 14302565 | Email/Text: tidewaterlegalebn@twcs.com<br>Apr 29 2022 23:47:00 | Oklahoma City, OK 73118-7901<br>Tidewater Credit Services, PO Box 17308, Baltimore, MD 21297-1308 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14302539 |  | 19-11953 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14372615 | *+ | Borough of Lansdale, 1 Vine Street, Lansdale, PA 19446-3670 |
| 14490508 | *+ | Santander Consumer USA, Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14302556 | ## | Premier Immediate Medical Care, 278 Eagleview Blvd, Exton, PA 19341-1157 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2022         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CAROL B. MCCULLOUGH | on behalf of Debtor Kimberly K. Williams mcculloughesienberg@gmail.com cbmccullough64@gmail.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage corporation paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| PAUL JAY COHEN | on behalf of Creditor FTP Silk Factory Lofts LP melissa@cohenwillwerth.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| STUART A. EISENBERG | on behalf of Debtor Kimberly K. Williams mcculloughesienberg@gmail.com cbmccullough64@gmail.com |
| THOMAS SONG | on behalf of Creditor Freedom Mortgage corporation tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Apr 29, 2022 Form ID: 138OBJ Total Noticed: 53
TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kimberly K. Williams
    Debtor(s)

Case No: 19−11953−elf

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/29/22

122 − 121
Form 138OBJ