**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF REGION 3 DISTRICT OF PA**
**REGION 3 DIVISION**

| | | |
|---|---|---|
| In re: KIMBERLY K WILLIAMS | § § § | Case No. 19-bk-11953 |
| Debtor(s) | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Kenneth E. West, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 03/31/2019.

2) The plan was confirmed on 12/10/2019.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 03/29/2022.

6) Number of months from filing or conversion to last payment: 35.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $67,303.00.

10) Amount of unsecured claims discharged without full payment: $194,781.07.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 7,189.80 | |
| Less amount refunded to debtor(s) | $ 143.07 | |
| **NET RECEIPTS** | | $ 7,046.73 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,000.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 576.69 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 2,576.69 |
| Attorney fees paid and disclosed by debtor(s): | $ 2,000.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CAROL B MCCULLOUGH | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 2,000.00 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Pri | 0.00 | 2,169.63 | 565.93 | 223.89 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Sec | 0.00 | 2,169.63 | 1,548.96 | 442.45 | 0.00 |
| PENNSYLVANIA DEPT. OF REVENUE | Uns | 0.00 | 2,169.63 | 54.74 | 0.45 | 0.00 |
| AMERICAN INFOSOURCE LP | Uns | 0.00 | 3,615.43 | 3,615.43 | 94.69 | 0.00 |
| LVNV FUNDING | Uns | 0.00 | 402.45 | 0.00 | 0.00 | 0.00 |
| SANTANDER BANK N.A. | Sec | 0.00 | 22,054.82 | 0.00 | 0.00 | 0.00 |
| SANTANDER BANK N.A. | Uns | 0.00 | 16,156.82 | 16,156.82 | 423.10 | 0.00 |
| SANTANDER BANK N.A. | Uns | 0.00 | 5,368.49 | 5,368.49 | 140.59 | 0.00 |
| Comcast | Uns | 0.00 | 893.86 | 893.86 | 23.41 | 0.00 |
| CHASE BANK USA, N.A. | Uns | 0.00 | 2,176.12 | 2,176.12 | 56.98 | 0.00 |
| FTP SILK FACTORY LOFTS, LP | Uns | 0.00 | 2,211.34 | 2,211.34 | 57.91 | 0.00 |
| CAPITAL ONE BANK | Uns | 0.00 | 3,037.30 | 3,037.30 | 79.54 | 0.00 |
| CAPITAL ONE BANK | Uns | 0.00 | 3,722.49 | 3,722.49 | 97.48 | 0.00 |
| MCCULLOUGH EISENBERG LLC | Lgl | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECMC | Uns | 0.00 | 10,842.95 | 10,842.95 | 283.95 | 0.00 |
| AMERICAN EXPRESS | Uns | 0.00 | 4,493.38 | 4,493.38 | 117.67 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 777.24 | 777.24 | 20.36 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY | Uns | 0.00 | 732.92 | 732.92 | 19.19 | 0.00 |
| MBF LEASING INC | Uns | 0.00 | 4,843.54 | 4,843.54 | 126.84 | 0.00 |
| LEASE FINANCE GROUP, LLC | Uns | 0.00 | 1,312.49 | 1,312.49 | 34.37 | 0.00 |
| BOROUGH OF LANSDALE | Pri | 0.00 | 2,227.17 | 2,227.17 | 2,227.17 | 0.00 |
| FREEDOM MORTGAGE CORP | Sec | 0.00 | 426,156.28 | 0.00 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA | Pri | 2,037.00 | NA | NA | 0.00 | 0.00 |
| ABINGTON EMERGENCY PHY ASS | Uns | 504.00 | NA | NA | 0.00 | 0.00 |
| ALLTRAN EDUCATION | Uns | 4,119.70 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EDUCATION SERVICE | Uns | 3,265.17 | NA | NA | 0.00 | 0.00 |
| CAREPAYMENT | Uns | 1,600.00 | NA | NA | 0.00 | 0.00 |
| CCS | Uns | 267.72 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL COMMERCIAL | Uns | 14,635.56 | NA | NA | 0.00 | 0.00 |
| CREDIBLY | Uns | 13,500.00 | NA | NA | 0.00 | 0.00 |
| CREDIT BUREAU OF LANCASTER | Uns | 599.00 | NA | NA | 0.00 | 0.00 |
| DELAWARE VALLEY VISION | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| EINSTEIN PHYSICIANS | Uns | 15.00 | NA | NA | 0.00 | 0.00 |
| ERC | Uns | 893.86 | NA | NA | 0.00 | 0.00 |
| EVER-CLEAR POOL SERVICE | Uns | 131.50 | NA | NA | 0.00 | 0.00 |
| FIRST JUDICIAL DISTRICT OF | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| GRIMLEY FINANCIAL | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| IRS | Uns | 14,280.05 | NA | NA | 0.00 | 0.00 |
| KOHL'S PAYMENT CENTER | Uns | 107.14 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORPORATION OF | Uns | 109.20 | NA | NA | 0.00 | 0.00 |
| LANSDALE HOSPITAL | Uns | 435.00 | NA | NA | 0.00 | 0.00 |
| IDC COLLECTION SYSTEMS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LINEBARGER GOGGIN BLAIR & | Uns | 388.00 | NA | NA | 0.00 | 0.00 |
| LU CENTER, LP | Uns | 65,000.00 | NA | NA | 0.00 | 0.00 |
| MACYS AMERICAN EXPRESS | Uns | 5,000.00 | NA | NA | 0.00 | 0.00 |
| MBF LEASING | Uns | 6,543.08 | NA | NA | 0.00 | 0.00 |
| MONTGOMERY COUNTY | Uns | 525.00 | NA | NA | 0.00 | 0.00 |
| PAM-PA TURNPIKE | Uns | 89.10 | NA | NA | 0.00 | 0.00 |
| PAYCHEX FINANCIAL SERVICES | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| PECO | Uns | 1,308.83 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT | Uns | 200.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PREMIER IMMEDIATE MEDICAL | Uns | 265.46 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY GROUP ABINGTON | Uns | 102.00 | NA | NA | 0.00 | 0.00 |
| REPUBLIC SERVICE #320 | Uns | 688.90 | NA | NA | 0.00 | 0.00 |
| RMCB | Uns | 462.70 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN INC | Uns | 39.94 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/TOYS R US | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| TARGET | Uns | 124.87 | NA | NA | 0.00 | 0.00 |
| TIDEWATERCREDIT SERVICES | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| VIOLATIONS PROCESSING CENTER | Uns | 117.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 1,548.96 | $ 442.45 | $ 0.00 |
| **TOTAL SECURED:** | $ 1,548.96 | $ 442.45 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,793.10 | $ 2,451.06 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,793.10 | $ 2,451.06 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 60,239.11 | $ 1,576.53 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 2,576.69 | |
| Disbursements to Creditors | $ 4,470.04 | |
| **TOTAL DISBURSEMENTS:** | | $ 7,046.73 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 09/15/2022     By: Kenneth E. West
                                  Chapter 13 Standing Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)